Law Practice of Ken C. Gauvey

**Law Practice of Ken C. Gauvey**
6700 Alexander Bell Drive
Suite 200
Columbia, MD 21046
United States
4103462377

**Cecilia Vanegas**

| | |
|---|---|
| Balance | $4,360.75 |
| Invoice # | 00147 |
| Invoice Date | February 07, 2017 |
| Payment Terms | |
| Due Date | |

**Vanegas et al v. Diaz Granados, Inc. et al.**

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 07/23/2015 | KG | Administration | Meet with clients to discuss the individual particulars of each cause of action. | 300.00 | 2.0 | 600.00 |
| 08/05/2015 | KG | Draft Documents | Research and Draft Complaint, Draft associated documents such as the summons and civil cover sheet, file all | 300.00 | 4.2 | 1,260.00 |
| 11/01/2015 | KG | Draft Documents | Draft Request for Entry of Default | 300.00 | 1.0 | 300.00 |
| 01/13/2016 | KG | Case Administration | Meet with all clients to discuss next steps | 300.00 | 0.7 | 210.00 |
| 09/15/2016 | KG | Case Administration | Meet with all clients to discuss status and next steps | 300.00 | 1.3 | 390.00 |
| 10/20/2016 | KG | Case Administration | Meet with all clients to discuss case | 300.00 | 1.6 | 480.00 |
| 02/07/2017 | KG | Draft Documents | Draft and File Bill of Costs and Motion regarding same | 300.00 | 2.1 | 630.00 |
| | | | | Totals: | **12.9** | **$3,870.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 08/05/2015 | KG | Administration | Federal Filing Fee | 400.00 | 1.0 | 400.00 |
| 08/07/2015 | KG | Administration | Service of Process Fee through USPS | 5.75 | 1.0 | 5.75 |
| 09/07/2015 | KG | Administration | Service of Process Fee - Individual | 85.00 | 1.0 | 85.00 |
| | | | | | Expense Total: | **$490.75** |

| | |
|---:|---:|
| Time Entry Sub-Total: | 3,870.00 |
| Expense Sub-Total: | 490.75 |
| **Sub-Total:** | 4,360.75 |
| **Total:** | 4,360.75 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$4,360.75** |